# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 15−60131−rbk
Chapter No.: 7
Judge: Ronald B. King

IN RE: **Louis Alvarez, Jr.** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**9/28/15** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

Those filers who do not have access to the internet may obtain an official B10 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:

| MAIL ORIGINAL PROOF OF CLAIM TO: | MAIL COPY OF PROOF OF CLAIM TO: |
|---|---|
| U. S. BANKRUPTCY COURT<br>800 FRANKLIN AVE., SUITE 140<br>WACO, TX 76701−0 | James Studensky<br>3912 W. Waco Drive<br>Waco, TX 76710 |

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*****ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 7/1/15

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Set Bar Date Notice/Order]** [Ntcosbrdtapac]

```
                         United States Bankruptcy Court
                           Western District of Texas
In re:                                                              Case No. 15-60131-rbk
Louis Alvarez, Jr.                                                  Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0542-6          User: stephensd              Page 1 of 2                 Date Rcvd: Jul 01, 2015
                              Form ID: 148                 Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2015.
db            +Louis Alvarez, Jr.,    206 E. Salty,    Thorndale, TX 76577-9502
16394744      +Alfredo Vega,    PO BOX 730,    Thorndale, TX 76577-0730
16376677      +Bank of America N.A.,    Loss/Recovery,     P O Box 982284,    El Paso, TX 79998-2284
16394745      +Ben E. Keith Foods,    4101 McKinney Falls Parkway,     Austin, TX 78744-3944
16394746      +Billy Landrum,    2339 CR 450,    Thorndale, TX 76577-5209
16371138      +Brothers Produce,    PO BOX 550278,    Dallas, TX 75355-0278
16394747      +Chase Bank,    PO BOX 36520,    Louisville, KY 40233-6520
16394748      +City National Bank,    PO BOX 1099,    Taylor, TX 76574-1099
16401795      +County of Milam,    c/o Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
16371139      +Credit Management Lp,    4200 International Pkwy,    Carrollton, TX 75007-1912
16371141      +Douglas Groves,    2704 Superior St,    Bellingham, WA 98226-3906
16371142      +F & L Financial,    506 Friendship Cove,    Leander, TX 78641-8056
16394750      +Gene McKendricks,    PO BOX 133,    Thorndale, TX 76577-0133
16371143      +Hollis C. Lewis, Jr,    Attorney at Law,    202 West 6th,    Cameron, Texas 76520-2606
16394751      +Jack Shaw,    1077 Westheimer,    Houston, TX 77006
16394752      +Jake's Food Inc,    13400 Hollister Rd,    Houston, TX 77086-1218
16394753      +James Brymer,    1726 CR 458,    Thorndale, TX 76577-2579
16373081       Jay W. Hurst,    Assistant Attorney General,    Bankruptcy & Collections Division MC 008,
                PO Box 12548,    Austin, TX 78711 2548
16371147      +Joseph Dailey,    204 Cliffside Drive,    San Antonio, TX 78231-1511
16407554      +Joseph J. Dailey,    c/o Michael J. O'Connor,    8118 Datapoint Drive,
                San Antonio, TX 78229-3228
16394754      +Law Office of Ted W. Hejl,    c/o Mark Schroeder,    PO BOX 192,    Taylor, TX 76574-0192
16372703      +Members Choice,    PO Box 20248,    Waco TX 76702-0248
16371150      +Merchant Capital Source,    2120 Main St, Ste 220,    Huntington Beach, CA 92648-7454
16371151      +Michael Newman,    13740 Reaserch Blvd, Bld D, Ste 2,    Austin, TX 78750-1884
16371153      +Milam County Tax Office,    Kolette Morgan, Tax Assessor,     PO Box 551,    Cameron, TX 76520-0551
16394755      +Municipal Services Bureau,    PO Box 16777,    Austin, TX 78761-6777
16371154      +P.F.G Foods,    12500 West Creek Parkway,    Richmond, VA 23238-1110
16394756      +Pacious Law Firm,    1219 Durham Dr,    Houston, TX 77007-5440
16371155      +Property Tax Loans,    11503 Jones Maltsberger Rd,    Suite 1201,    San Antonio, TX 78216-3144
16371157      +Ruffino Meat Co,    2130 East William J Bryan Parkway,     Bryan, TX 77802-1705
16371160      +Sysco Foods,    1260 Schwab Rd,    New Braunfels, TX 78132-5155
16394757      +Telco Bank,    3705 N. Main St,    Taylor, TX 76574-4981
16394758      +Texas Security Systems,    c/o Shawn McAllen,    2111 Sam Bass Rd, Ste A 400,
                Round Rock, TX 78681-1872
16394759       Texas Workforce Commission,    PO Box 149352,    Austin, TX 78714-9352
16398280       Texas Workforce Commission, Special Actions Unit,     POB 12548,    Austin, TX  78711-2548
16400306       Texas Workforce Commission, Special Actions Unit,     Regulatory Integrity Division,
                101 E. 15th Street, Room 556,    Austin, TX 78778-0001
16394760       Thorndale Meat Market,    300 US 79,    Thorndale, TX 76577
16371161      +United States Attorney,    Taxpayer Division,    601 N.W. Loop 410, Suite 600,
                San Antonio, TX 78216-5512
16371162      +Warren and Carol Dronebarger,    350 County Road 497,    Taylor, Texas 76574-5497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16394749      +E-mail/Text: TIMMIE.EADS@1STNB.COM Jul 01 2015 23:54:56     First Convenience Bank,
                4320 Franklin Ave,    Waco, TX 76710-6906
16371144      +E-mail/Text: bankruptcy@icsystem.com Jul 01 2015 23:54:52     IC System,    Attn: Bankruptcy,
                P.O. Box 64378,    Saint Paul, MN 55164-0378
16383875       E-mail/Text: cio.bncmail@irs.gov Jul 01 2015 23:53:46     Internal Revenue Service,
                300 E 8th St.,    STOP 5026AUS,    Austin TX 78701-3233
16371149      +E-mail/Text: tracy.garland@memberschoicectfcu.org Jul 01 2015 23:53:27
                Mbrs Choice Of C Tx Fc,    4631 W Waco Dr,    Waco, TX 76710-7048
16371152      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 01 2015 23:54:20     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
16371158      +E-mail/Text: bankruptcy.noticing@security-finance.com Jul 01 2015 23:53:34      Security Fin,
                Attn: Bankruptcy,    PO Box 1893,    Spartanburg, SC 29304-1893
16371159       E-mail/Text: pacer@cpa.state.tx.us Jul 01 2015 23:54:49
                State Comptroller of Public Accounts,    Revenue Accounting Division,    Bankruptcy Section,
                P.O. Box 13528,    Austin, TX 78711
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16371140       Donna Harris
16371148       Larry Davis
16371156       Public Savings Bank
16371146*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
16371145*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0542-6          User: stephensd            Page 2 of 2             Date Rcvd: Jul 01, 2015
                              Form ID: 148               Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2015 at the address(es) listed below:
              Evan M. Simpson    on behalf of Debtor Louis   Alvarez, Jr. evans@jeffdavislawfirm.com,
               mariek@jeffdavislawfirm.com;ecfnotices@jeffdavislawfirm.com
              James  Studensky    jstudensky@epitrustee.com,  jstudensky@ecf.epiqsystems.com
              James  Studensky    on behalf of Trustee James  Studensky jstudensky@epitrustee.com,
               jstudensky@ecf.epiqsystems.com
              Jay W. Hurst    on behalf of Creditor   Texas Comptroller of Public Accounts
               Jay.Hurst@texasattorneygeneral.gov,  sherri.simpson@texasattorneygeneral.gov
              John D. Malone    on behalf of Creditor   Members Choice of Central Texas FCU
               myra@johnmalonepc.com,  rdmcfadden@gmail.com
              Lee  Gordon    on behalf of Creditor   County Of Milam
               vcovington@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Michael J. O'Connor     on behalf of Creditor Joseph J. Dailey oconnorlaw@gmail.com,
               mjoconnr@hotmail.com
              Stephen W. Sather    on behalf of Creditor Warren   Dronebarger ssather@bn-lawyers.com,
               saugusta@bn-lawyers.com;bbarron@bn-lawyers.com;cbeyer@bn-lawyers.com
              United States Trustee - WA12    ustpregion07.au.ecf@usdoj.gov
              Virginia I. Hermosa    on behalf of Creditor Warren   Dronebarger virginia@hermosa-law.com
                                                                                             TOTAL: 10
```