The relief described hereinbelow is SO ORDERED.

Signed June 26, 2017.



_____
Ronald B. King
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| LOUIS ALVAREZ, JR., | § § § § | CASE NO. 15-60131-rbk |
| Debtor | § | CHAPTER 7 |

### AGREED ORDER GRANTING AGREED MOTION BY JAMES E. STUDENSKY, TRUSTEE, TO CLARIFY PROOF OF CLAIM NO. 26, FILED BY DOUGLAS GROVES AS TARDILY-FILED UNSECURED CLAIM

On this day came on to be considered the Trustee's Motion to Clarify Claim No. 26 filed by Douglas Groves as a Secured Claim in the sum of amount of $10,000.00(docket #26-1). The Court, having reviewed the Motion, finds that the claim should be clarified as a tardily-filed unsecured claim in the sum of $13,000.00 that is paid by the Estate to the extent of available

funds after payment of timely filed claims and administrative expenses. The Court finds that the claimant, Douglas Groves, has agreed to the relief requested in such Agreed Motion.

IT IS HEREBY ORDERED that the Agreed Motion by Trustee to Clarify Claim No. 26 filed by Douglas Groves as a fully secured claim is GRANTED. IT IS FURTHER ORDERED that such claim is allowed as a tardily-filed unsecured claim in the sum of $13,000.00 that will be treated as such in Trustee's Final Report and paid to the extent of available funds after the payment of timely filed claims and administrative expenses.

IT IS FURTHER ORDERED that a copy of this order will be served by the clerk's office upon the claimant, Douglas Groves, 2704 Superior St., Bellingham, WA 98226.

### #

AGREED:

*/s/ James Studensky, Trustee*
James E. Studensky
Chapter 7 Trustee
3912 W. Waco Drive
Waco, Texas 76710
254-776-9630
254-296-0190
jstudensky@epitrustee.com

*/s/ Douglas Groves*
Douglas Groves
2704 Superior St.
Bellingham, WA 98226
grovesd@comcast.net

2